IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

WILLIAM BOATMAN                                                                                   PLAINTIFF

V.                                           NO.  3:05CV00173 JWC

JO ANNE B. BARNHART,                                                                         DEFENDANT
Commissioner, Social
Security Administration

## JUDGMENT

Judgment is hereby entered in accordance with the Court's Memorandum Opinion and Order entered this date.  This case is hereby reversed and remanded for action consistent with the Court's opinion.  This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 29th day of September, 2006.

_____
UNITED STATES MAGISTRATE JUDGE